# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00623-CV

**In re Kenneth W. Eilers**

## ORIGINAL PROCEEDING FROM FAYETTE COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of habeas corpus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's petition in the alternative for writ of mandamus is also denied. *See id.*

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   November 1, 2007